**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jesus Mario SERRANO–PEREZ, aka Ariel Saldovar–Perez, aka James Serrano, aka Jesus Serrano, aka Jesus M. Serrano, Defendant—Appellant.**

No. 11–50058.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 19, 2012.

Curtis Arthur Kin, Esquire, Kristen Anne Williams, Esquire, Office of the U.S.

---

** The Honorable Ronald Lee Gilman, Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Myra Mossman, Esquire, Santa Barbara, CA, for Defendant–Appellant.

Jesus Mario Serrano–Perez, pro se.

Before: SCHROEDER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM **

Jesus Mario Serrano–Perez appeals from his 60–month sentence, imposed after his guilty plea to being an illegal alien found in the United States after having been previously removed, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Serrano–Perez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.[1]

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

<hr/>

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. We decline to review Serrano–Perez's ineffective assistance of counsel claim because the record is not sufficiently developed to permit review on direct appeal. *See United*

*States v. Leasure,* 319 F.3d 1092, 1099 (9th Cir.2003).

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).